# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tunnisia Nelson, et al., | No. CV-25-01024-PHX-KML |
| Plaintiffs, | **ORDER** |
| v. | |
| Daniel Washburn, et al., | |
| Defendants. | |

On September 23, 2025, Magistrate Judge Alison S. Bachus issued a Report and Recommendation ("R&R") recommending the court dismiss this case in its entirety based on plaintiffs' failure to serve defendants. (Doc. 29.) No objections were filed, and the R&R is adopted in full. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[D]istrict courts are not required to conduct any review at all . . . of any issue that is not the subject of an objection.").

**IT IS ORDERED** the Report and Recommendation (Doc. 29) is **ADOPTED**. The complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall enter judgment and close this case.

Dated this 30th day of October, 2025.

Honorable Krissa M. Lanham
United States District Judge